**Fill in this information to identify your case:**

Debtor 1   Kelvin           Emmanuel         Tate
           First Name       Middle Name      Last Name

Debtor 2   _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __NORTHERN__ District of __ILLINOIS__
                                                              (State)

Case Number   16-19528
(If known)

[x] Check if this is an amended filing

# Official Form 106H

## Schedule H: Your Codebtors                                                                 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - [ ] No.
   - [x] Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Lousiiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - [x] No. Go to line 3.
   - [ ] Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - [ ] No
     - [ ] Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

     _____
     Name of your spouse, former spouse or legal equivalent
     _____
     Number    Street
     _____
     City                    State          Zip Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
|  | Check all schedules that apply: |
| **3.1** Suretha Tate<br>Name<br>4311 Buckingham Drive<br>Number    Street<br>Gurnee              IL       60031<br>City          State    Zip Code | [x] Schedule D, line __1__<br>[ ] Schedule E/F, line _____<br>[ ] Schedule G, line _____ |
| **3.2** Suretha Tate<br>Name<br>4311 Buckingham Drive<br>Number    Street<br>Gurnee              IL       60031<br>City          State    Zip Code | [ ] Schedule D, line _____<br>[x] Schedule E/F, line __3__<br>[ ] Schedule G, line _____ |
| **3.3** Suretha Tate<br>Name<br>4311 Buckingham Drive<br>Number    Street<br>Gurnee              IL       60031<br>City          State    Zip Code | [ ] Schedule D, line _____<br>[x] Schedule E/F, line __11__<br>[ ] Schedule G, line _____ |

Official Form 106H         Record #  711892         Schedule H: Your Codebtors                    Page 1 of 2

Debtor 1  Kelvin  Emmanuel  Tate  Case Number *(if known)* 16-19528
First Name  Middle Name  Last Name

**Additional Page to List More Codebtors**

| | Column 1: *Your codebtor* | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | Suretha Tate — Name<br>4311 Buckingham Drive — Number Street<br>Gurnee   IL   60031 — City State Zip Code | ☐ Schedule D, line _____<br>■ Schedule E/F, line __14__<br>☐ Schedule G, line _____ |
| 3.5 | Suretha Tate — Name<br>4311 Buckingham Drive — Number Street<br>Gurnee   IL   60031 — City State Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G, line __1__ |

Fill in this information to identify your case:

Debtor 1  Kelvin  Emmanuel  Tate
         First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
(State)

Case Number  16-19528
(If known)

[x] Check if this is an amended filing

## Official Form 106 Dec

**Declaration About an Individual Debtor's Schedules**  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

[■] No

[ ] Yes. Name of Person _____.  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Kelvin E. Tate
Signature of Debtor 1

X _____
Signature of Debtor 2

Date 7/22/2016
MM / DD / YYYY

Date _____
MM / DD / YYYY

Official Form 106Dec  Record # 711892  Declaration About an Individual Debtor's Schedules  page 1