# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:                                              **Case No.** 16-19528

**Claim No. :** 2

KELVIN EMMANUEL TATE

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| BMW Bank of North America | BMW Bank of North America |
| P.O. Box 201347 | 4515 N Santa Fe Ave. Dept. APS |
| Arlington, TX 76006 | Oklahoma City, OK 73118 |

/s/ Dipika Parmar

Date: 08/07/2018

Creditor's Authorized Agent for BMW Bank of North America